**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7019**

———————

SHERMAN L. LAMBERT,

                             Petitioner - Appellant,

    versus

DUDLEY BURGESS, Administrator; SOUTHERN
REGIONAL JAIL,

                             Respondents - Appellees.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-188-5)

———————

Submitted: December 11, 1997     Decided: December 30, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Sherman L. Lambert, Appellant Pro Se. Victor Shawn Woods, OFFICE OF THE ATTORNEY GENERAL, Charleston, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Lambert v. Burgess, No. CA-97-188-5 (S.D.W. Va. July 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2